**E-filed 7/12/07**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  S. MICHELE INAN, State Bar No. 119205
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 703-5474
     Fax:  (415) 703-5480
6    Email:  Michele.Inan@doj.ca.gov

7  Attorneys for Defendants R.N. Crosby and
   Andrew Lucine, M.D.
8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12

13 | GUILLERMO CHAVEZ,                    | C 04-5071-JF
14 |                          Plaintiff,  | PROPOSED ORDER GRANTING DEFENDANT CROSBY AND LUCINE'S MOTION FOR ADMINISTRATIVE RELIEF
15 |              v.                      |
16 | CROSBY, RN,                          |
17 |                          Defendant.  |

18         The Court, having considered the submissions and arguments of counsel, and

19 good cause having been shown,

20         IT IS HEREBY ORDERED that defendant Crosby and Lucine's motion for

21 administrative relief is granted. Defendants are granted until October 15, 2007 to file a summary

22 judgment or other dispositive motion.

23

24 DATED:  _7/12/07_____

25                              _____
                               THE HONORABLE JEREMY FOGEL
26                             UNITED STATES DISTRICT JUDGE

27 40154186.wpd
   SF2007400824
28

Proposed Order Granting Defts' Mot for Adm Relief         CHAVEZ, Guillermo v.  R.N. Crosby, et al.
                                                                              C 04-5071-JF