IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CHAVEZ,<br><br>    Plaintiff,<br><br>        v<br><br>CROSBY, RN,<br><br>    Defendants. | Case No C 04-5071 JF<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on November 20, 2007. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☐ Other: California Department of Corrections and Rehabilitation

United States District Court
For the Northern District of California

(2)   The following individuals, parties, and/or representatives did not appear:

(3)   The outcome of the proceeding was:

☒ The case has been completely settled.  Matter to return to Judge Fogel in one hundred-eighty days for status.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:  11/20/07

_____
Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAVEZ | No. C 04-5071 JF |
| v. | CERTIFICATE OF SERVICE |
| CROSBY _____ / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/20/07, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Guillermo Chavez**
J-98151
CA State Prison
P.O. Box 3466
3B05-125L
Corcoran, CA 93212


RICHARD W. WIEKING, CLERK


By: _/s/_____
      Deputy Clerk

3