\*\*E-filed 3/24/08\*\*

EDMUND G. BROWN JR.
Attorney General of the State of California
PAUL T. HAMMERNESS
Supervising Deputy Attorney General
S. MICHELE INAN, State Bar No. 119205
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5474
 Fax: (415) 703-5480
 Email: Michele.Inan@doj.ca.gov

Attorneys for Defendants Christopher Crosby and Andrew Lucine

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUILLERMO CHAVEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>CROSBY, RN, et al.<br><br>                    Defendants. | C 04-5071-JF<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br>(Fed. Rule Civ. Proc. 41(a)(1)(ii)) |

The plaintiff, *in pro per*, and the defendants Christopher Crosby and Andrew Lucine, through their counsel, stipulate to dismiss this action with prejudice according to the terms of the Full Release Of All Claims attached to the Proposed Order and incorporated by reference in that Order as though fully set forth.

DATED: 11/26/07

For the plaintiff Guillermo Chavez:

*Guillermo Chavez*
*In Pro Per*

Stipulation of Dismissal and [Proposed] Order                              CHAVEZ, Guillermo v. R.N. Crosby, et al.
                                                                                                                      C 04-5071-JF

1

DATED: March 20, 2008

For the defendants Christopher Crosby and Andrew Lucine:

_S. Michele Inan_
S. Michele Inan
Deputy Attorney General
Attorneys for Defendants Christopher
Crosby and Andrew Lucine

Stipulation of Dismissal and [Proposed] Order    CHAVEZ, Guillermo v. R.N. Crosby, et al.
C 04-5071-JF

2

# [~~PROPOSED~~] ORDER

The Court has reviewed the Stipulation set forth above and the terms and conditions of the Full Release Of All Claims attached to this Order as Exhibit 1 and incorporated in this Order as though fully set forth. Accordingly,

IT IS ORDERED THAT:

1. This matter is dismissed with prejudice;

2. The dismissal is expressly conditioned on the terms and conditions of the Full Release Of All Claims attached to and incorporated into this Order;

3. The Court retains jurisdiction of this matter for the purposes of taking any action need to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and

4. Each party is to bear his own costs, as provided for in the Full Release Of All Claims.

DATED: ___3/24/08___

Jeremy Fogel
United States District Judge

40189019.wpd

SF2007400824

Stipulation of Dismissal and [Proposed] Order                    CHAVEZ, Guillermo v. R.N. Crosby, et al.
                                                                                                C 04-5071-JF

**EXHIBIT 1**

# FULL RELEASE OF ALL CLAIMS

1.      After further examination by California Department of Corrections and Rehabilitation medical staff, the following medical treatment has been deemed appropriate for plaintiff Guillermo Chavez: surgery to repair a deviation of the nasal dorsum and follow-up examination for possible allergic disease. It is expected that this surgery will be scheduled within the next four weeks. As performance of these medical procedures will render plaintiff's claim moot, *pro per* plaintiff Guillermo Chavez, and his heirs, successors, assigns and all related persons and entities, fully and forever release and discharge the State of California, and its agencies, agents, representatives, attorneys, and employees, including California Department of Corrections and Rehabilitation, Christopher Crosby, RN, and Andrew Lucine, MD (hereinafter "defendants"), and all related persons and entities, from any and all past, present and future claims that he has, or might have, against those being released, and that are related in any way to the matters described in Case No. C 04-5071-JF filed in the United States District Court for the Northern District of California, San Jose, titled *Guillermo Chavez v. Crosby, RN, et al.* (the lawsuit).

2.      This is a full, complete and total release. It covers any and all past, present and future claims that the undersigned now has, or may ever have, against those being released. It includes any and all claims that are related in any way to the matters described in the above-referenced lawsuit, whether directly, indirectly or otherwise, including any and all claims for money damages, attorneys' fees, costs, expenses, interest or other fees. It also includes claims that are not currently known by the undersigned, or which may become known to him in the future. Accordingly, the undersigned waives the provisions of California Civil Code section 1542, which provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him, must have materially affected his settlement with the debtor.

3.      The undersigned realizes and fully understands that this release will prevent him from making any further claim against defendants for injuries or damages of any kind that are related in any way to the matters described in the lawsuit. The undersigned knows and fully understands that he may have injuries or damages not known by him and that the extent of injury or damage may be greater than he now realizes, and that by releasing defendants at this time he is taking a calculated risk that the injuries and/or damages may turn out to be greater than he now believes. The undersigned therefore assumes all risk of injury or damage which may be now latent or unexpected, or which may appear, develop or occur in the future as a result of the matters described in the lawsuit.

4.      Nevertheless, acting with full possession of his faculties, it is the intent of plaintiff to freely and voluntarily release defendants and each of them from any and all liability to plaintiff, and this he hereby does.

5.      The undersigned further understands and agrees that this release is not an admission of any liability on the part of the defendants by whom liability is expressly denied.

Full Release Of All Claims
Page 1 of 2

6.  The undersigned agrees to do all things necessary to formally dismiss the lawsuit with prejudice, including signing a stipulation of dismissal.

7.  The undersigned further agrees, represents and warrants that he will not and has not assigned or transferred or purported to assign or transfer any claim, demand, action, cause of action, or right herein released. The undersigned further represents and warrants that he has the right, power, legal capacity, and authority to enter into and perform the obligations under this release on his own behalf, that he is the plaintiff referred to in the above-referenced lawsuit, and that no further approval or consent of any person or entity is necessary for him to enter into and perform such obligations.

8.  Plaintiff and defendants shall each bear their own attorneys' fees and costs incurred in the litigation of this action.

9.  The undersigned certifies that he has read this Full Release Of All Claims, and Civil Code section 1542, and fully understands each. The undersigned certifies that he fully understands the effect of signing this document. The undersigned also acknowledges that he is not settling the lawsuit or signing this release based on any comments or representations by those being released, or their attorneys, or any other related person or entity. The undersigned further certifies that he is competent to execute this release.

10. The undersigned hereby declares and represents that he is executing this release after having had the opportunity to receive legal advice as to his rights from the undersigned's own counsel.

Date: 11/26/07               _____
                             Guillermo Chavez